**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,**<br><br>           Plaintiff,<br>    v.<br><br>**SYNWAY INFORMATION ENGINEERING CO., LTD.,**<br><br>           Defendant. | CASE NO. 2:16-cv-00801-JRG-RSP |

**ORDER**

The Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) all claims asserted between Plaintiff Mod Stack LLC and Defendant Synway Information Engineering Co., Ltd. is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Synway Information Engineering Co., Ltd. are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**SIGNED this 28th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE